

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| GENARO VELTRAN-LOPEZ | CASE NUMBER: 08CK1997-LAB |

    I, __GENARO VELTRAN-LOPEZ__, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/18/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                               _Genaro_
                                               Defendant

                                               Counsel for Defendant

Before _____
          Judicial Officer

**FILED**
JUN 17 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY